UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. PEAU,

                  Petitioner,

     v.

STUART SHERMAN, et al.,

                  Respondents.

Case No.  15-cv-05564-VC   (PR)

**ORDER TO SHOW CAUSE**

Petitioner Michael D. Peau is a state prisoner currently incarcerated at the Corcoran State Prison.  He has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his sentence imposed in the Alameda County Superior Court.  Peau has paid the $5.00 filing fee.

It does not appear from the face of the petition that it is clearly without merit.  Good cause appearing, the Court hereby issues the following orders:

1.     The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk also shall serve a copy of this Order on Parker at his current address.

2.     No later than sixty days from the date of this Order, Respondent shall file with this Court and serve upon Peau an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the Answer all portions of the state record that have been transcribed previously and are relevant to a determination of the issues presented by the petition.  If Peau wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent

United States District Court
Northern District of California

1  within thirty days of his receipt of the Answer.  If he does not do so, the petition will be deemed

2  submitted and ready for decision on the date the Traverse is due.

3         3.      No later than sixty days from the date of this Order, Respondent may file with this

4  Court and serve upon Peau a motion to dismiss on procedural grounds in lieu of an Answer, as set

5  forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If

6  Respondent files such a motion, Peau shall file with the Court and serve on Respondent an

7  opposition or statement of non-opposition to the motion within thirty days of receipt of the

8  motion, and Respondent shall file with the Court and serve on Peau a reply within fourteen days of

9  receipt of an opposition.

10         4.      It is Peau's responsibility to prosecute this case.  He must keep the Court informed

11  of any change of address by filing a separate paper with the Clerk headed "Notice of Change of

12  Address," and must comply with the Court's orders in a timely fashion.  He also must serve on

13  Respondent's counsel all communications with the Court by mailing a true copy of the document

14  to Respondent's counsel.

15         5.      Extensions of time are not favored, though reasonable extensions will be granted.

16  Any motion for an extension of time must be filed no later than ten days prior to the deadline

17  sought to be extended.

18        **IT IS SO ORDERED**.

19  Dated:  February 5, 2016

20  _____

21  VINCE CHHABRIA
    United States District Judge

22

23

24

25

26

27

28